58 So.2d 906

**In re WESTERN GRAIN CO.**

**6 Div. 363.**

Supreme Court of Alabama.

Dec. 4, 1951.

Spain, Gillon, Grooms & Young, Birmingham, for petitioner.

PER CURIAM.

Petition granted conditioned upon execution of bond.

LIVINGSTON, C. J., and BROWN, LAWSON, SIMPSON and STAKELY, JJ., concur.

58 So.2d 906

**Horace C. WILKINSON v. STATE DEMOCRATIC EXECUTIVE COMMITTEE et al.**

**6 Div. 366.**

Supreme Court of Alabama.

Jan. 24, 1952.

Horace C. Wilkinson, Birmingham, pro. se.

PER CURIAM.

Motion denied.

All Justices concur.